IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                                        Case No.   24-mj-00162-JAM

ERNEST L. HALL,

    Defendant.

## ORDER APPOINTING CRIMINAL JUSTICE ACT COUNSEL

The above-named defendant, having appeared before the Court this date, and not having waived counsel, it is

ORDERED that **Laura E. O'Sullivan,** 8427 Clint Drive, Belton, MO, 64012, Phone: 816-281-5460, be and is hereby, appointed to represent the defendant before the United States Magistrate Judge and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

/s/ Jill A. Morris
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE

Kansas City, Missouri
December 3, 2024